| | |
|---|---|
| In re: | Case No. 22-00371- |
| Michael Dean Covington | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0975-1 | User: ADE | Page 1 of 1 |
| Date Rcvd: Jun 03, 2022 | Form ID: H1007b | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Dean Covington, 92-1209 Makamai Place, Kapolei, HI 96707-1577 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of the U.S. Trustee. | ustpregion15.hi.ecf@usdoj.gov |

TOTAL: 1

H1007b (12/15)

**Information to identify the case:**

| Debtor 1 | **Michael Dean Covington** | **United States Bankruptcy Court** |
| | Name | **District of Hawaii** |
| Debtor 2 | | Case number: **22–00371** |
| (Spouse, if filing) | Name | Chapter: **13** |

# ORDER TO FILE DOCUMENTS AND NOTICE OF INTENT TO DISMISS CASE

NOTICE IS GIVEN THAT:

This case commenced on June 3, 2022 with the filing of a voluntary petition. The petition was not accompanied by one or more of the following documents required under 11 U.S.C. sec. 521 and Bankruptcy Rule 1007 and, if a case under chapter 13, under 11 U.S.C. sec. 1321 and Bankruptcy Rule 3015(b).

**Credit Counseling Cert due 06/17/2022**
**Chapter 13 Plan due 06/17/2022**
**Income Stmt/Disposable Income due 06/17/2022**
**Summary of Schedules due 06/17/2022**
**Schedules A–J due 06/17/2022**
**Stmt. of Fin. Affairs due 06/17/2022**

The debtor(s) must file the documents listed above within 14 days after the date of the filing of the petition unless an extension of time is requested and granted. Pursuant to LBR 1007–1(a)(2), failure to comply timely with this order by filing all the missing documents may result in dismissal of the case as a willful failure to abide by a court order within the meaning of 11 U.S.C. sec. 109(g)(1). This means that the debtor(s) will be ineligible to file another bankruptcy petition for 180 days after the entry of the order dismissing the case.

Date:   June 3, 2022

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Michael B. Dowling
Clerk